UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RICHARD RINEHOLD,

                      Plaintiff,      **STIPULATION OF DISMISSAL**

vs.                                    Case No. 3:09-cv-00258 TJM-DEP

CRAIG SCHUTT,

                     Defendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed, with prejudice and on the merits, and without costs to either party as against the other.

Dated: August 14, 2009

_____           _____
Casey E. Jordan, Esq.                    Stephen A. Davoli, Esq.
Bar Roll No. 510930                      Bar Roll No. 512599
Rose, Jordan Law Firm                Sugarman Law Firm, LLP
Local Counsel for Plaintiff             Attorneys for Defendants
300 South State Street, 4th Floor     211 West Jefferson Street
Syracuse, New York 13202            Syracuse, New York 13202
Tel:   (315) 2644                        Tel:   (315) 474-2943

**SO ORDERED:**

_____ 9/14/09
Hon. David E. Peebles
U.S. Magistrate Judge, Northern District of New York